# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50019 - 1 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. SHABAKA BOYD | | |

**DOCKET ENTRY TEXT:**

Initial Appearance Proceedings held. Defendant appears in response to arrest. Court appoints Haneef Omar as counsel. Defendant informed of rights. Financial affidavit due April 10, 2008. USA moves for detention. Video Detention hearing/preliminary hearing set before Duty Magistrate Judge Cox on April 7, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50019    Document 2    Filed 04/03/2008    Page 1 of 1

08CR50019 - 1 USA vs. SHABAKA BOYD                                                                                        Page 1 of 1