Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08 CR 50019 - 1 | DATE | 4/7/2008 |
| CASE TITLE | USA vs. Shabaka K. Boyd | | |

## DOCKET ENTRY TEXT

Preliminary examination hearing held.  Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.  Detention hearing held.  Defendant to remain in custody as a danger to the community and a risk of flight.  Enter Detention Order.  Status hearing before Magistrate Judge Mahoney set for 4/23/08 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

F I L E D

APR 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|