UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Judge Kapala |
| ) | No. 08 CR 50019 |
| vs. ) | Violations: Title 18, United States Code, |
| ) | Sections 922(g)(1) and 924(c)(1)(a) and |
| SHABAKA K. BOYD, ) | Title 21, United States Code, Section 841(a)(1) |
| also known as "Tony" ) | |

### COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

On or about April 3, 2008, at Rockford, in the Northern District of Illinois, Western Division,

SHABAKA K. BOYD,
also known as "Tony,"

defendant herein, knowingly and intentionally did possess with intent to distribute controlled substances, namely, approximately 122 grams of mixtures containing cocaine hydrochloride and approximately 67 grams of mixtures containing cocaine base in the form of crack cocaine, Schedule II Narcotic Drug Controlled Substances;

In violation of Title 21, United States Code, Section 841(a)(1).

FILED

APR 22 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## **COUNT TWO**

The FEBRUARY 2008 GRAND JURY further charges:

On or about April 3, 2008, at Rockford, in the Northern District of Illinois, Western Division,

>SHABAKA K. BOYD,
>also known as "Tony,"

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, namely:

>a Llama, .45 caliber pistol, serial number C14345,

which possession was in and affecting commerce in that the firearm had previously been transported in interstate and foreign commerce;

>In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The FEBRUARY 2008 GRAND JURY further charges:

On or about April 3, 2008, at Rockford, in the Northern District of Illinois, Western Division,

SHABAKA K. BOYD,
also known as "Tony,"

defendant herein, in furtherance of a drug trafficking crime, namely the offense described in Count One of this indictment, did knowingly possess a firearm, namely a Llama, .45 caliber pistol, serial number C14345;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One of the foregoing Indictment,

> SHABAKA K. BOYD,
> also known as "Tony,"

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in:

   a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

   b) any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

3. The interests of the defendant subject to forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c) are as follows:

   a) a Llama, .45 caliber pistol, serial number C14345, and ammunition recovered by law enforcement agents from 3735 Trilling Avenue, Apartment 204, Rockford, Illinois on April 3, 2008;

   b) $8,146 United States currency recovered by law enforcement agents from 3735 Trilling Avenue, Apartment 204, Rockford, Illinois on April 3, 2008;

c) $1,020.87 seized by law enforcement agents pursuant to a seizure warrant from National City Bank checking account number 125116779 on April 3, 2008.

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 08 CR 50019

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.

SHABAKA K. BOYD

**INDICTMENT**

Violation(s): Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(a) and Title 21, United States Code, Sections 841(a)(1)

A true bill,

_____
Foreman

Filed in open court this ___ day of April A.D. 2008

_____
Clerk

Bail: $

**FILED**

APR 22 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court