# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50019 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. SHABAKA BOYD | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's pretrial motion considered presented. Response due August 12, 2008. Reply due August 19, 2008. USA's oral motion for the time of July 29, 2008 to and including August 8, 2008 to be deemed excludable under 18 USC 3161(h)(1)(f) (X-E) is granted. Counsel report defendant ready for transfer. Defendant transferred to Judge Kapala's calendar. Status hearing set before Judge Kapala for August 8, 2008 at 9:00 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|