## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                      Case No.: 3:08−cr−50019
                                       Honorable Frederick J. Kapala

Shabaka K Boyd

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala as to Shabaka K Boyd: Status hearing held and continued to 9:00 a.m. on August 15, 2008 to set a date for an evidentiary hearing if necessary. USA's oral motion for excludable time from August 8, 2008 through and including August 15, 2008 pursuant to 18 USC 3161(h)(1)(F) is granted. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.